## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| HLT PROPERTIES, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:18-cv-00045-RP |
| | § | |
| EVANSTON INSURANCE, | § | |
| COMPANY, et. al, | § | |
| | § | |
| *Defendants* | § | |

**Plaintiff's Motion for Leave to File Amended Complaint**

COMES NOW Plaintiff HLT Properties, LLC and files this, its Motion for Leave to File Amended Complaint, as follows:

1.  The deadline to seek leave to file amended pleadings is October 12, 2018. Trial is scheduled for June, 2019.

2.  Plaintiff seeks leave to file the attached Amended Complaint.

3.  The Amended Complaint deletes parties and claims that have been settled, dismissed, and/or adjudicated and severed into a separate action in state court.

4.  The Amended Complaint does not add any new parties or causes of action.

5.  Accordingly, Plaintiff HLT Properties, LLC respectfully requests that the Court grant this Motion for Leave to File Amended Complaint.

Respectfully submitted,

**DUGGINS WREN MANN & ROMERO, LLP**
P.O. Box 1149 | Austin, Texas 78767
Tel.: 512.744.9300 | Fax: 512.744.9399

By:  /s/ William P. Johnson
William P. Johnson | SBN: 24002367
E-mail: bjohnson@dwmrlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this October 12, 2018, a true and correct copy of the foregoing was served via email on all counsel of records as follows:

| | |
|---|---|
| Christina A. Culver<br>Cyrus W. Haralson<br>THOMPSON, COE, COUSINS & IRONS, L.L.P.<br>One Riverway, Suite 1400<br>Houston, Texas 77056<br>cculver@thompsoncoe.com<br>charalson@thompsoncoe.com<br><br>*Attorneys for Evanston Insurance Company and Markel Service, Incorporated* | J. Hamp Skelton<br>Edward F. Kaye<br>R. Ashley Applewhite<br>SKELTON & WOODY<br>248 Addie Roy Road, Suite B-302<br>Austin, Texas 78746<br>hskelton@skeltonwoody.com<br>ekaye@skeltonwoody.com<br>aapplewhite@skeltonwoody.com<br><br>*Attorneys for The Travelers Indemnity Company of America* |

Lisa M. Yerger
Ryan D. Brown
HERMES LAW, P.C.
Oilwell Supply Building
2001 N. Lamar Street, Suite 450
Dallas, Texas 75202
lisa@hermes-law.com
ryan@hermes-law.com

*Attorneys for Assured Partners NL, LLC*

 /s/ William P. Johnson
William P. Johnso