IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HLT PROPERTIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-45-RP |
| EVANSTON INSURANCE COMPANY; MARKEL SERVICE, INCORPORATED; ASSUREDPARTNERS NL, LLC, *formerly known as* ASSURED NEACE LUKENS INSURANCE AGENCY, INC.; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; RISK PLACEMENT SERVICES, INC.; | § § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On July 26, 2019, Plaintiff HLT Properties, LLC filed a Stipulation of Dismissal of All Claims Against Defendant Evanston Insurance Company under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 114). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on July 29, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE